The Honorable Judge Robert H. Whaley
Senior District Judge, Presiding
United States District Court
Central District of California


Dear Honorable Judge,

My name is Dante Orpilla. On June 23, 2010, you sentenced me to serve 27 months in a Federal Prison. While serving that time, one of my biggest goals has been to be able to write you a letter of thanks upon completion of the sentence that you handed down that day. A letter expressing gratitude for imposing a sentence that allowed me to pay my debt to society with time, while still giving me a fair shot at rebuilding my future. Put simply, you gave me a second chance at life, and for that I am beyond grateful.

Standing before you that day, you made me promise not to make you regret that judgment, and it was that promise that I kept very close to me throughout the entirety of my sentence. Your honor, that promise helped me serve my time without a single incident report or disciplinary action taken against me. I not only participated in every available educational class offered, but was also asked to teach a number of them as well, which I did quite willingly. I complied religiously to every requirement at every step along the way, without question.

Upon my release from prison, I entered Vinewood RRC in Los Angeles and, again, diligently abided by the rules set forth by the Government. In fact, during my entire 4 year period in custody, from my arrest in 2008, through pre-trial, incarceration and residency in RRC, I have not had a single violation.

During my 6 month residency in the RRC, I've also made great strides towards rebuilding the foundational aspects of my life. I've completed every required drug program. I have been able to gain part-time employment, and am set to begin full-time employment on the 28th of June. I have been able to secure a safe living environment with family. I've stayed completely drug free. More importantly, I've made significant progress towards becoming a part of my 8 year-old son Orion's life again.

While my relationship with Orion has been strained under the period in which I've been in custody, every hour of every day has been served with the hope of being able to re-establish my bond as his father in mind. Though it's been difficult, I've fought diligently for my custodial rights, often times at the other end of the prison phone. On April 10th, 2012, a San Bernardino family court judge ordered a visitation schedule that would become active upon my release from custody. This visitation was to include his first overnight stay with me in over 2 years, granted under the premise that I'd no longer be

1

restrained by custody restrictions. It is a milestone that I've worked for harder than anything in my life.

On June 15th, the weekend of Fathers Day, I officially completed my sentence and was released from the RRC, excited to begin a positive new chapter in my life. A chapter built on healthy relationships with my family, and pride in once again being a contributing member of society.

All of these accomplishments seemed to come crashing down on my head a mere 5 days later. On June 21st, my probation officer informed me of his offices intent to send me back to a RRC for an additional 6 months. This additional 6 months would not only make it impossible to accept my new job, more devastatingly, this additional 6 months would negate the visitation rights with my son that I've worked so hard to establish.

It is with an understanding of these ramifications that I beg your honor to determine the intent behind issuance of this additional time.

Your honor, if this additional time was issued with the intent of helping me rehabilitate, issued with the intent of helping me become a healthy, productive member of society, I fear that sending me back might actually transgress that intent. It would essentially ignore the rehabilitation requirements that I've already completed, while at the same time reversing huge strides I've made in becoming both a productive member of the community as well as a consistently positive presence in my son's life. I simply ask you to consider these factors when arriving at your conclusion.

Your honor, it is important to note that no matter which way you decide to judge in this matter, I still fully intend to keep the promise I made to you 2 years ago.

I humbly thank you for your time,

*[signature]*

Dante Orpilla

2