June 24th, 2012

Dear Honorable Judge Robert H. Whaley,

My name is Paul Lumsdaine and I am the owner of a creative studio that operates in Pasadena, California. I was initially informed of Mr. Orpilla's creative talents in February of this year by a colleague of mine who had noticed the artwork Mr. Orpilla was producing while in prison.

After meeting with Mr. Orpilla in person numerous times afterwards, I became impressed by his character. I was taken aback by his natural need to approach every situation with a positive attitude. It is an attitude that is even more impressive given the situation he has just endured. It is an attitude that in my 15 years in this business I've come to realize cannot be taught.

In April I offered him the job of creative director at my company. At that time he informed me that due to the constraints of his RRC supervision he was then under that he could not honestly accept the position due to the inability to meet the rigorous deadlines this industry faces during work periods that go late into the night and could last for days. During these periods of time, I often would need to rely on him to be continuously available for over a period of 48 hours as we often work with other consultants and contractors internationally. He informed me, however, that he would be getting released from his halfway house in June and could accept the position after that time. It was under this premise that I agreed to hold the position until June 28th, a full week after his expected completion date, despite my need to fill the position immediately.

Three days ago, I was informed by Mr. Orpilla that he may not be able to accept the position due to an unforeseen addition to his sentence. It is under this circumstance that I write this letter.

Although I've known him for only a short period of time, Mr. Orpilla has proven himself to be one of the most honest, hard working men I've ever met. I plead with the court to allow him this ability to rebuild his life on solid ground, with solid employment in a safe and secure environment, surrounded by people that have his and his son's best interest at heart.

Please feel free to contact me at anytime for more information.

Sincerely,

Paul Lumsdaine
Owner and Founder of Lab Coat Media
paul@labcoatmedia.com
(626) 408-2633