June 22, 2012

Dear Honorable Robert H. Whaley,

I am Victoria Geaga and I am writing on behalf of my son, Dante Orpilla. I believe it's crucial for Dante's rehabilitation and for the welfare of his son, Orion, that he not be returned to the halfway house. Dante is committed to be a productive and contributing member of society and is completely devoted to becoming a responsible parent to his son, Orion, who is now eight years old.

Orion's mother has been deemed, by the Court of San Bernardino, unable to care for him, and Orion is now with a temporary guardian. There are multiple challenges to the temporary guardianship because of violence in her home towards the mother. A hearing is set for July 12th to hear testimony related to her guardianship, and make a determination of permanent guardianship.

Since Dante's return from Sheridan FCI, he has been committed to restoring his relationship with Orion and working to provide a supportive and healthy environment. Dante is steadily employed, is studying parenting practices and is creating a stable living situation. Dante has negotiated vacation and weekend stays so he can be there for Orion as much as possible. These were negotiated through Family Services in San Bernardino County Superior Court, and granted by Judge Bennett April 10th, to be in effect after his release from the half-way house June 15th. (Please see the attached Court Notes for visitation arrangements. The first week of vacation time will be moved because of the guardian's refusal to comply). He has applied for a Change of Custody, but this won't be heard until the guardianship issue is resolved.

Since Dante's return, he has provided the loving and emotional foundation Orion needs. He has created a reading program for Orion, involved him in art, music and science. He has restored the family bonds with his side of the family, including his 90 year-old great grandmother, many aunts, cousins- relationships which were previously denied. If you ask Orion what he does with his time at his guardian's, he will tell you "24 hour tablet games." When he is with Dante, he is a happy, engaged and thoughtful child. I have included some pictures of his visits in the past few months to demonstrate the relationship and ties he is trying to trying to preserve and nurture.

1

Please consider the crucial role Dante has in his son's life in this immediate period, and the positive direction Dante has taken to rebuild this relationship in making your determination. I ask that you take this into consideration in making your determination to send him back to the halfway house.

In deepest sincerity,

*Victoria Geaga*

Victoria Geaga



2