Michael D. Nasatir, Esq.[SBN: 38121]
NASATIR, HIRSCH, PODBERESKY & KHERO
A PROFESSIONAL LAW CORPORATION
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259

Attorneys for Defendant
DANTE ORPILLA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR08-0958-RHW |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| DANTE ORPILLA, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that term and Condition 8 of the Judgment/Probation and Commitment Order issued on June 23, 2010, is clarified and modified as follows:

Placement in a residential re-entry center as a condition of probation is not required. Any commitment to such program is to be cancelled until the court receives a request and justification from the United States Probation Office.

DATED: _____
HONORABLE ROBERT H. WHALEY
UNITED STATES DISTRICT COURT

1

[PROPOSED] ORDER