UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANTE NOEL ORPILLA,<br><br>    Defendant. | NO. CR-08-958-RHW<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR CLARIFICATION AND MODIFICATION OF CONDITIONS OF PROBATION** |

Before the Court is Defendant's *ex parte* Application for Clarification and Modification of Conditions of Probation (ECF No. 76). In an earlier Order, the Court stayed Condition No. 8 that required Defendant to reside in a residential reentry center pending further development of the record.

Since that time, the Court has obtained the transcript of the sentencing hearing and the Government has filed its response indicating that it does not object to the proposed modification. The Court finds that good cause exists to grant the request to modify the conditions of supervised release.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's *ex parte* Application for Clarification and Modification of Conditions of Probation (ECF No. 76) is **GRANTED**.

///

///

///

**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR CLARIFICATION AND MODIFICATION OF CONDITIONS OF PROBATION ~ 1**

2. The Court **modifies** Condition of Supervised Release No. 8 to remove the requirement that Defendant be required to reside in a residential reentry center.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and U.S. Probation.

**DATED** this 29th day of June, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\Temp\notesD30550\amend.wpd

**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR CLARIFICATION AND MODIFICATION OF CONDITIONS OF PROBATION ~ 2**